**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CAROL McNEIL, on behalf of herself and all others similarly situated, Plaintiff <br><br> v. <br><br> FIDELITY INFORMATION CORPORATION, Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 06-11754-RGS |

## NOTICE OF DISMISSAL

Plaintiff Carol McNeil hereby dismisses this action with prejudice.

        CAROL McNEIL,
        Plaintiff
        By her attorney:

        /s/Kenneth D. Quat
        BBO #408640
        9 Damonmill Square, Suite 4A-4
        Concord MA 01742
        978-369-0848
        ken@quatlaw.com